# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**STEPHANIE K. GREEN**                                                                 **PLAINTIFF**

v.                        No. 4:17-CV-00637-BRW-JTK

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions**
**not reserved to the Commissioner of**
**Social Security**                                                        **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in its entirety.

Accordingly, the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary by recontacting treating sources or ordering consultative examinations.

IT IS SO ORDERED this 3rd day of October, 2018.

                                                           /s/ Billy Roy Wilson _____
                                                           UNITED STATES DISTRICT JUDGE