# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

STEPHANIE K. GREEN                                                                PLAINTIFF

v.                                       No. 4:17-CV-00637-BRW-JTK

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner of
Social Security**                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED. Judgment is entered in favor of the Plaintiff.

IT IS SO ORDERED this 3rd day of October, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE